UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

ANDRE COLLIER

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

LOCAL 81455, IUE-CWA

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

**Complaint for Employment Discrimination**

Case No. 16-5431 (PGS|TJB)
(to be filled in by the Clerk's Office)

Jury Trial:   ☐ Yes   ☐ No
(check one)

2

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Andre Collier
   Street Address: 34 Bowdin St
   City and County: Trenton, Mercer
   State and Zip Code: New Jersey 08618
   Telephone Number: _____

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Mark Williams / Local 81455
   Job or Title (if known): Union Rep / Shop Steward
   Street Address: ① Local 455 1206 Hamilton Ave / ② 2231 E State St
   City and County: Trenton Mercer
   State and Zip Code: ① O New Jersey 08629 / ② 08619
   Telephone Number: _____
   E-mail Address (if known): _____

   Defendant No. 2
   Name: Local 81455, IUE CWA
   Job or Title (if known): _____
   Street Address: 1206 Hamilton Ave
   City and County: Trenton Mercer

3

State and Zip Code   NEW JERSEY 08629
Telephone Number   (609) 393-0725
E-mail Address
(if known)

Defendant No. 3

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name   TRANE / INGERSOL RAND
Street Address   2231 E STATE ST
City and County   TRENTON MERCER
State and Zip Code   NEW JERSEY 08619
Telephone Number   (609) 587-3756

4

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*: Sexual Orientation / failure to Properly Represent

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [ ] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **2009 to Present**

C. I believe that defendant(s) *(check one)*:

- [ ] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race **African American**
- [x] color **Black**
- [x] gender/sex **Gay Black man**
- [ ] religion _____
- [ ] national origin _____
- [ ] age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)* _____

6

#330-2015-03292

3-28-15

I ANDRE COLLIER is writing this grievence/charges, Against Mark Williams on 2-27-15 while giving a statement in H.R. I stated several names as witnesses most importantly Richard Williams to the events that took place on 2-6-15 & 2-27-15 On 3-10-15 Tina Jennings & Keith Hightower were called in as witness for Jackie Lynch

On 3-13-15 I was given a warning from the Company for disruptive behavior when I asked Mack Williams why were none of my witness called in, the response he gave me confirmed what I always suspected Mack William is not for the Trane employess he suppose to represent as a Union Rep. Based on the response & in-action of Mr Williams I bring forth these charges on him. He along with the Company did not do a thought

1 of 2

# 530-2015-03272

Investigation. Nor did Mr. Williams put in a grievance on my behalf I Andre Collier also want this letter to serve notice to Mark William and IUE-CWA that Mark Williams is to NEVER Represent me again as a shop stewart or Union Rep

*Andre Collier*
3-28-15

2 of 2

E. The facts of my case are as follows. Attach additional pages if needed.

Management has been harrassing me since 2009-Present As such I went to the Union local 81455 and submitted many grievances pertaining to the incidents and Nothing gets Resolved. There was not and has not been any Arbitration on any of the matters I have been miss Represent by the Union

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Feb 2015

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*

June 2016

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☒ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

200,000
Union has failed to properly represent me
I have been misrepresented by my Union

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-6, 20 16

Signature of Plaintiff: Andre Collick
Printed Name of Plaintiff: ANDRE Collick

8

**B.   For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |