EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>530-2015-03272 |
|---|---|---|

New Jersey Division On Civil Rights                and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Andre Collier** | Home Phone (Incl. Area Code)<br>**(609) 278-1551** | Date of Birth<br>**01-05-1965** |
|---|---|---|
| Street Address                City, State and ZIP Code<br>**34 Boudinot, Trenton, NJ 08618** | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**LOCAL 81455, IUE-CWA (AFL-C10)** | No. Employees, Members<br>**500 or More** | Phone No. (Include Area Code)<br>**(609) 393-0725** |
|---|---|---|
| Street Address                City, State and ZIP Code<br>**1206 Hamilton Ave., Trenton, NJ 08629** | | |

RECEIVED JUL -1 PM 2:27 EEOC PHILADELPHIA DISTRICT OFFICE

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Street Address                City, State and ZIP Code | | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **03-28-2015**   Latest: **03-28-2015**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**On or about March 28, 2015 Respondent failed to represent me in a favorable manner concerning a matter of my employer.**

**I believe that I have been discriminated against because of my race (Black) and sexual orientation in violation of Title VII of the Civil Rights Act of 1964, as amended in that Respondent subjected me to the above mentioned.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br>7-1-15<br>Date    Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |